# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN S. PELLEGRIN

NO. 2025 KW 1352

**MARCH 23, 2026**

---

In Re:   Ryan Scott Pellegrin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0684-F-2022.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to instruct the court reporter to prepare the transcripts requested by relator and to file the transcripts with the Clerk of Court for the Twenty Second Judicial District Court, Parish of St. Tammany, on or before May 8, 2026. The Clerk of Court is ordered to forward said transcripts to relator on or before May 15, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT